**No. 66644.**—E. Dillingham, Inc. *v.* United States, protest 61/12139 (Ogdensburg).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise, covered by entries 0–616 and 0–1132, consists of model-B Cobalt therapy units; the merchandise, covered by entry 0–1133, of one model-B Cobalt therapy

unit with accessories and parts; and the merchandise, covered by entry 0–2451, of a model-A Cobalt therapy unit, all imported for the use of nonprofit organizations, the claim of the plaintiff was sustained.